**Fill in this information to identify the case:**

Debtor name: Republic First Bancorp, Inc.
United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 90 Fifth Owner LLC c/o RFR Realty 390 Park Avenue New York, NY 10022 | | Lease | | | | Unknown |
| Equiniti Trust Company, LLC 48 Wall Street Floor 23 New York, NY 10005 | | Transfer Agent | | | | $14,701.26. |
| MP 830 Third Avenue LLC c/o AEW Capital Management, Inc. World Trade Center East Two Seaport Lane Boston, MA 02210 | | Lease | | | | Unknown |
| NASDAQ 141 West 42nd Street New York, NY 10036 | | Portal Fees | | | | $22,156.29 |
| Patterson, Belknap, Webb & Tyler 1133 Avenue of the Americas New York, NY 10036 | | Litigation Counsel | | | | $151,142.77 |
| Pryor Cashman LLP Attn: Patrick Silbey, Esquire 7 Times Square New York, NY 10036-6569 | | Attorney Fees | | | | $4,958.00 |
| Two Liberty Place, L.P. | | Lease | | | | Unknown |

Debtor  Republic First Bancorp, Inc.          Case number (if known)
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Vinson & Elkins<br>The Grace Building - 32nd Floor<br>1114 Avenue of the Americas<br>New York, NY 10036 | | Litigation Counsel | | | | Unknown |
| Wilmington Trust Company<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890-0001 | | Indenture | | | | $6,186,000.00 |
| Wilmington Trust Company<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890-0001 | | Indenture | | | | $5,155,000.00 |
| Wilmington Trust Company<br>c/o Pryor Cashman LLP<br>Attn:  Patrick Sibley, Esquire<br>7 Times Square<br>New York, NY 10036-6569 | | | | | | $2,295.00 |