**Fill in this information to identify the case:**

Debtor name    Republic First Bancorp, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    24-12991

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.    Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.    18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☒ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☒ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☒ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☒ Schedule H: Codebtors (Official Form 206H)
☒ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 6, 2024        X _____
                                            Signature of individual signing on behalf of debtor

                                            Brian F. Doran
                                            Printed name

                                            Authorized Person
                                            Position or relationship to debtor