| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Republic First Bancorp, Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | 24-12991 |

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Lease | |
|---|---|---|---|
| | State the term remaining | Lease dated January 21, 2019 | 90 Fifth Owner LLC
c/o RFR Realty
390 Park Avenue
New York, NY 10022 |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Lease | |
|---|---|---|---|
| | State the term remaining | Lease dated April 25, 2019 | MP 830 Third Avenue LLC
c/o AEW Capital Management, Inc.
World Trade Center East
Two Seaport Lane
Boston, MA 02210 |
| | List the contract number of any government contract | | |