# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: Republic First Bancorp, Inc.
Debtor(s)

Case No. 24-12991
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Republic First Bancorp, Inc. in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

September 10, 2024
Date

/s/ Albert A. Ciardi,, III
Albert A. Ciardi,, III 63598
Signature of Attorney or Litigant
Counsel for Republic First Bancorp, Inc.
Ciardi Ciardi and Astin
1905 Spruce Street
Philadelphia, PA 19103
(215) 557-3550  Fax:(215) 557-3551
aciardi@ciardilaw.com