**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| *In re:* | : | **Chapter 11** |
| | : | |
| **Republic First Bancorp, Inc.,** | : | |
| | : | **No. 24-12991(AMC)** |
| Debtor. | : | |
| | : | |

**NOTICE OF INTENTION OF THE DEBTOR
TO COMPENSATE OFFICER PURSUANT TO L.B.R. 4002-1**

**TO**: Office of the U.S. Trustee, Rule 2002 Parties, All Creditors and Parties-in-Interest:

**NOTICE IS HEREBY GIVEN THAT**:

1. On August 27, 2024 (the "Petition Date"), Republic First Bancorp, Inc. (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, as amended (the "Bankruptcy Code").

2. The Debtor intends to pay compensation and expenses for entitled reimbursement to the following officer in the following manner and amount:

   a. Brian F. Doran (Mr. Doran, Chief Transition Officer for the Debtor): Five Hundred Dollars ($500) per hour payable within three (3) calendar days following the end of each calendar month.

4. The rate of annual compensation for Mr. Doran on the ninetieth (90th) day prior to the Filing Date was $390,000.

5. The duties and responsibilities of Mr. Doran consist of the following:

   a. Coordinate and consult with the Debtor's governmental authorities, legal counsel and other outside advisors and professionals, as necessary;

   b. Review and analyze Debtor information;

   c. The preparation and filing of any necessary reports and/or other filings; and

    d. Any other reasonable tasks in connection with the operation and wind-down of the Debtor.

6. Compensation and reimbursement are paid directly by the Debtor.

7. Any creditor or other party in interest seeking to object to the compensation of Mr. Doran should file a written objection specifying the grounds for such objection with the Clerk's Office of United States Bankruptcy Court for the Eastern District of Pennsylvania, 900 Market Street, Suite 400, Philadelphia, Pennsylvania 19107, and serve a copy of said objection upon counsel for the Debtor whose name and address appear below within eight (8) calendar days of the date of this Notice.

                                           **CIARDI CIARDI & ASTIN**

Dated: September 10, 2024

By:    ***/s/ Albert A. Ciardi, III***
        Albert A. Ciardi, III, Esquire
        Jennifer C. McEntee, Esquire
        1905 Spruce Street
        Philadelphia, PA  19103
        T (215) 557-3550
        F (215) 557-3551
        aciardi@ciardilaw.com
        jcranston@ciardilaw.com

        *Counsel to the Debtor*