IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*In re:*

**Republic First Bancorp, Inc.,**

        **Debtor.**

Chapter 11

Case No. 24-12991(AMC)

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U.S.C. §329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-captioned Debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the Debtor in contemplation or in connection with the bankruptcy case is as follows:

    a.    Ciardi Ciardi & Astin received a retainer of $76,738 on June 11, 2024, from the Debtor. Prior to the Petition Date and after receipt of the retainer from the Debtor, $12,607.30 was incurred by the Debtor for services provided to it by Ciardi Ciardi & Astin. Ciardi Ciardi & Astin holds a retainer balance of $64,130.70 from the Debtor.

| Date Payment Received | Amount Received | Amount Applied to Services Rendered before Receipt of Retainer | Amount Applied to Services rendered After Receipt of Retainer | Amount Remaining on Petition Date |
|---|---|---|---|---|
| June 11, 2024 | $76,738.00 | $0.00 | $12,607.30 | $64,130.70 |

    b.    I have not agreed to share the above-disclosed compensation with any person unless they are a member of this firm.

    c.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

1

     i.     Analysis of the Debtor's financial situation, and rendering advice to the Debtor in determining whether to file a petition in bankruptcy;

     ii.     Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

     iii.     Representation of the Debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

     iv.     Representation of the Debtor in adversary proceedings and other contested bankruptcy matters.

## **CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the Debtor in this bankruptcy proceeding.

**CIARDI CIARDI & ASTIN**

By:    ***/s/ Albert A. Ciardi, III***
         Albert A. Ciardi, III, Esquire