# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 11 |
| REPUBLIC FIRST BANCORP, INC. | Case No.: 24-12991-amc |
| Debtor. | |

## **ORDER**

Upon consideration of the motion of Vernon W. Hill and Barry Spevak (collectively, the "Movants") for an order determining that the automatic stay of 11 U.S.C. § 362 is not applicable to the Movants' civil action pending in the Philadelphia Court of Common Pleas as case number 220901684 (the "Civil Action") against non-debtors Lisa Jacobs, Harry Madonna and Harris Wildstein (the "Non-Debtor Defendants") or, in the alternative, requesting relief from the automatic stay, it is hereby **ORDERED** that:

1. The motion is **DENIED** because the automatic stay of 11 U.S.C. § 362 does not apply to the Movants' Civil Action with respect to the Non-Debtor Defendants and the Movants do not need relief from the automatic stay to prosecute the Civil Action against the Non-Debtor Defendants. Nothing in this Order or in the Civil Action effects, impacts or impairs any rights, claims or defenses of the Debtor all of which are preserved and will not be subject to the Civil Action absent further order of this Court.

2. This Order shall be effective immediately and shall not be stayed by Bankruptcy Rule 4001(a)(3).

BY THE COURT

Dated: October 15, 2024

_____
Chief Judge Ashely M. Chan